UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v. 24 mj 280

**STACEY URHAMMER**

NOTICE OF APPEARANCE

H. Heather Shaner, appointed by the Court, enters her appearance on behalf of defendant.

**Respectfully submitted,**

**/hhs/**

**_____**
**H. Heather Shaner #273276**
**Appointed by the Court**
**1702 S Street N.W.**
**Washington, D.C. 20009**
**Tel. 202 265 8210**
**hhsesq@aol.com**